# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| BENJAMIN C. MILBURN, | ) | CASE NO. 5: 07 CV 2688 |
| Plaintiff, | ) ) | JUDGE DONALD C. NUGENT |
| v. | ) ) ) ) | <u>ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION</u> |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) ) | |
| Defendant. | ) | |

This matter comes before the Court upon the Report and Recommendation of Magistrate Judge William H. Baughman, Jr.. The Report and Recommendation (ECF # 13), issued on February 19, 2008, is hereby ADOPTED by this Court. Plaintiff filed this action requesting judicial review of a final decision by the Commissioner of Social Security denying his application for supplemental security income. (ECF #1). After Plaintiff failed to respond to an Order requiring him to file a fact sheet, and failed to respond to a Show Cause Order, the Magistrate Judge recommended that Plaintiff's Complaint be dismissed for want of prosecution. (ECF #10, 12, 13). No timely objections have been filed.

The Court has reviewed *de novo* the Report and Recommendation, *see Ohio Citizen Action*

v. *City of Seven Hills*, 35 F. Supp. 2d 575, 577 (N.D. Ohio 1999), and ADOPTS the Report and Recommendation in its entirety.

IT IS SO ORDERED.

/s/ Donald C. Nugent
DONALD C. NUGENT
United States District Judge

DATED: March 13, 2008